```
                    FILED_____LO___
                  _____RECEIVED

                    DEC 07 2009

             CLERK U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON AT TACOMA
     BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| ELIZABETH BROOKS<br>Plaintiff/Petitioner | Cause #: C09-05242 BHS |
| VS.<br>HONDA OF FIFE, ET AL,<br>Defendant/Respondent | Declaration of Service of:<br>LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; DECLARATION OF RECORDS CUSTODIAN; |
| | Hearing Date: Dec 11 2009 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Dec 3 2009 10:45AM at the address of 2013 S 19TH ST TACOMA, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon BARBARA DAHL PH. D.  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with TARA SHANE OFFICE ASSISTANT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: December 4, 2009 at Tacoma, WA

by _____
    K. Picard    2061

Service Fee Total: $ 60.80

09-CV-05242-CERT

IGINAL
OF SERVICE

age 1 of 1

05158-00310
Gordon, Thomas (Tacoma)
1201 Pacific Ave, #2100
Tacoma, WA  98402
253 620-6500