```
                FILED        LODGED
                       RECEIVED

                 DEC 07 2009

            CLERK U.S. DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON AT TACOMA
    BY                                    DEPUTY
```

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| ELIZABETH BROOKS | | Cause #: C09-05242 BHS |
|---|---|---|
| | Plaintiff/Petitioner | |
| VS. | | Declaration of Service of: |
| HONDA OF FIFE | | LETTER; NOTICE OF DEPOSITION; SUBPOENA IN A CIVIL CASE; DECLARATION OF RECORDS CUSTODIAN; |
| | Defendant/Respondent | |
| | | Hearing Date: Dec 11 2009 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Dec 3 2009 10:35AM at the address of 1708 YAKIMA AVE SUITE 110 TACOMA, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon KENNETH SHIBATA M.D. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with LESLIE BLUNT RECORDS CUSTODIAN (60'S, 100, 5'4, C/F).

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: December 4, 2009 at Tacoma, WA

by _____
       K. Picard    2061

Service Fee Total: $ 52.64




09-CV-05242-CERT

INAL
SERVICE

of 1

05158-00310
Gordon, Thomas (Tacoma)
1201 Pacific Ave, #2100
Tacoma, WA   98402
253 620-6500